IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BERT ROBERT CLARK, )<br>)<br>Plaintiff, )<br>)<br>v.   ) <br>)<br>KILO KIJAKAZI, )<br>Acting Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. ) | Case No. CIV–22–88–JAR |

### J U D G M E N T

On this date, this Court entered its final order affirming the decision of the Administrative Law Judge. Defendant is entitled to a judgment reflecting this Court's ruling.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's decision denying benefits to Plaintiff is **AFFIRMED**.

IT IS SO ORDERED this 28th day of September, 2023.

_____
**JASON A. ROBERTSON**
**UNITED STATES MAGISTRATE JUDGE**